# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-22126-AHS

Plaintiff:
**STEPHEN LEE as Power of Attorney for ROBERT LEE**

vs.

Defendant:
**NCL (BAHAMAS) LTD.**

For:
Luis Alexander Perez

Received by DLE Process Servers, Inc on the 9th day of May, 2025 at 11:14 am to be served on **NCL (Bahamas) LTD. c/o R/A: Daniel S. Farkas, Esq., 7665 Corporate Center Dr, Miami, FL 33126**.

I, Rafael Perez, do hereby affirm that on the **12th day of May, 2025** at **2:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Joanna Jara** as **EA** for **NCL (Bahamas) LTD.**, at the address of: **7300 Corporate Center Dr, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_____
**Rafael Perez**
Certified P.S.10017

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2025025871

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d